UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **VICKY SILVA,** a consumer residing in Oregon, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**UNIQUE BEVERAGE COMPANY, LLC**, a foreign corporation,<br><br>　　　　　Defendant. | Case No. 3:17-cv-00391-HZ<br><br>**JUDGMENT OF DISMISSAL** |

Based upon the stipulation of the parties,

**JUDGMENT OF DISMISSAL** – Page 1 of 2

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice and without award of fees, costs or expenses to any party.

**DATED** this 18 Day of May 2018.

_____
Marco A. Hernandez
United States District Court Judge


**Stipulated to by:**


s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Of Attorneys for Plaintiff


s/ Joe Hochman
**Joe Hochman, OSB No. 150191**
Of Attorneys for Defendant

**JUDGMENT OF DISMISSAL** – Page 2 of 2